Raymond Junior HAWKINS, Petitioner–Appellant,

v.

William S. HAINES, Warden of Huttonsville Correctional Center, Respondent–Appellee.

No. 01–6831.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 17, 2001.

Raymond Junior Hawkins, pro se. Darrell V. McGraw, Jr., Allen Hayes Loughry, II, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before WIDENER, LUTTIG, and NIEMEYER, Circuit Judges.

PER CURIAM.

Raymond Junior Hawkins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting in part and rejecting in part the recommendations of the magistrate judge and find no reversible error. Accordingly, we deny Hawkins' motions for appointment of counsel and for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hawkins v. Haines*, No. CA–98–997–5 (S.D.W.Va. Apr. 6, 2001). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*